FILED'09 DEC 07 10:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

INTERNATIONAL UNION OF OPERATING )
ENGINEERS, LOCAL 701, )
                                                    ) Civil No. 09-1237-PK
                 Plaintiff(s), )
                                                    ) **ORDER**
                 v. )
                                                    )
POK WAN CONTRACTING, INC., )
                                                    )
               Defendant(s). )

Based on the record,

IT IS ORDERED that Plaintiff's Motion for Judgment of Dismissal [8] is GRANTED. Pending motions, if any, are DENIED AS MOOT.

Dated this 7 day of Dec, 2009.

by /s/ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge